UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FLOYD WILCOX & SONS, INC.,
d/b/a Wilcox Fresh,

      Plaintiff,

Case No. 25-cv-10515
Hon. Matthew F. Leitman

v.

DETROIT WHOLESALE
PRODUCE LLC, et al.,

      Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

      s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated: April 21, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 21, 2025, by electronic means and/or ordinary mail.

      s/Holly A. Ryan
      Case Manager
      (313) 234-5126